# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA MONTES, | Case No.: 2:18-cv-00719-JAD-VCF |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 9] |
| ANAYA ENTERPRISES, | |
| Defendant(s). | |

Pending before the Court is a stipulation to reschedule the early neutral evaluation, Docket No. 9, which is GRANTED. The early neutral evaluation will take place at 9:30 a.m. on July 16, 2018, and early neutral evaluation statements shall be submitted by 3:00 p.m. on July 9, 2018. All other requirements set forth in Docket No. 6 continue to apply.

IT IS SO ORDERED.

Dated: May 8, 2018

Nancy J. Koppe
United States Magistrate Judge