# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

MARIA MONTES,

        Plaintiff,

vs.

ANAYA ENTERPRISES, *et al.*,

        Defendants.

2:18-cv-00719-JAD-VCF

**ORDER**

    The Court has been notified that the parties have reached a settlement agreement.

    Accordingly,

    IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before November 21, 2018.

    DATED this 22nd day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE